IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HASHIM ELOBIED,                          :
                                         :
            Plaintiff,                   :    CIVIL ACTION
                                         :    NO. 12-03762
      v.                                 :
                                         :
TRESCOTT BAYLOCK, ET AL.,                :
                                         :
            Defendants.                  :

# O R D E R

**AND NOW**, this 22nd day of **November, 2013**, upon review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (ECF No. 13), it is **hereby ORDERED** as follows:

(1) the Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) Plaintiff's Motion to Vacate (ECF No. 9) is **GRANTED**;

(3) The Court's Order of April 11, 2013 (ECF No. 8) dismissing the case is **VACATED**; and

(4) Plaintiff shall serve the Summons and Complaint upon Defendants, Trescott Baylock and Enjoli Pitcher, within sixty (60) days of this Order.

   **AND IT IS SO ORDERED.**


                        /s/ Eduardo C. Robreno
                   **EDUARDO C. ROBRENO,    J.**