```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HASHIM ELOBIED,                 :   CIVIL ACTION
                                :   NO. 12-3762
          Plaintiff,            :
                                :
     v.                         :
                                :
TRESCOTT BAYLOCK, ET AL.,       :
                                :
          Defendants.           :
```

**O R D E R**

**AND NOW**, this **15th** day of **April, 2014,** for the reasons set for in the adjoining memorandum, it is hereby **ORDERED** that Plaintiff Hashim Elobied ("Elobied")'s Motion for Alternative Service of Summons and Complaint (ECF No. 15) is **DENIED.**

**AND IT IS SO ORDERED.**

                              **/s/ Eduardo C. Robreno**
                              **EDUARDO C. ROBRENO    J.**

1